IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GENERAL PUMP & WELL, Inc.  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>LAIBE SUPPLY CORPORATION,  )<br>CENTERLINE MANUFACTURING  )<br>CO. and MATRIX DRILLING  )<br>PRODUCTS COMPANY  )<br>  )<br>Defendants.  )<br>_____ ) | CIVIL ACTION NO. CV 607-30 |

### ORDER

Before the Court is the Parties' Joint Motion for a Stay of Discovery. Upon review of the same, the Court accepts and grants the Parties' Joint Motion for a Stay of Discovery. Accordingly, it is hereby ordered that all discovery in the above-captioned matter is hereby stayed.

SO ORDERED, this 21st day of June, 2007.

_____
Magistrate Judge, United States District Court
Southern District of Georgia